NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**INDIAN HARBOR INSURANCE COMPANY,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5030

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-680, Senior Judge Eric G. Bruggink.

---

## ON MOTION

---

## ORDER

The United States moves for leave to file its previously-submitted principal brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David C. Romm, Esq.
David F. D'Alessandris, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 5 2012

JAN HORBALY
CLERK